FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. IVAN DIAZ-SARMIENTO, Defendant. | Criminal Case No. 08CR1325-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about March 28, 2008, within the Southern District of California, defendant IVAN DIAZ-SARMIENTO, did knowingly and intentionally import approximately 34.04 kilograms (74.88 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 24, 2008 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
4/23/08